OPINION — AG — ** NEPOTISM — SCHOOL — BOARD MEMBER ** QUESTION: CAN A SCHOOL BOARD MEMBER, WHO IS THE HUSBAND OF A NIECE OF AN INSURANCE AGENT, LAWFULLY BUY INSURANCE FROM THE INSURANCE COMPANY HE REPRESENTS ? — IT WOULD BE LAWFUL IF HE DOES NOT LIVE IN THE HOUSEHOLD. (CONFLICT OF INTEREST, SCHOOL BOARD MEMBER, CONTRACT, INSURANCE, POLICY) CITE: 70 O.S. 4-29 [70-4-29], 61 O.S. 26 [61-26] (RICHARD M. HUFF)